Case No. 24-6940

In the United States Court of Appeals
for the Ninth Circuit

---

ADAM RICHARDS, et al.,
*Plaintiffs-Appellants*,

v.

GAVIN NEWSOM, et al.,
in his official capacity as Governor of the State of California,
*Defendants-Appellees.*

---

On Appeal from the United States District Court
for the Central District of California
Case No. 8:23-cv-02413-JVS-KES

---

# APPELLANTS' MOTION TO VOLUNTARILY DISMISS APPEAL

---

| | |
|---|---|
| C.D. Michel | Donald Kilmer |
| Joshua Robert Dale | Law Offices of Donald Kilmer, APC |
| MICHEL & ASSOCIATES, P.C. | 14085 Silver Ridge Rd. |
| 180 E. Ocean Blvd., Suite 200 | Caldwell, Idaho 83607 |
| Long Beach, CA 90802 | (408) 264-8489 |
| (562) 216-4444 | don@dklawoffice.com |
| cmichel@michellawyers.com | |

*Attorneys for Plaintiffs-Appellants*

---

December 9, 2024

Pursuant to Federal Rule of Appellate Procedure 42(b), Plaintiffs-Appellants Adam Richards, Jeffrey Vandermeulen, Gerald Clark, Jesse Harris, On Target Indoor Shooting Range, LLC, Gaalswyk Enterprises, Inc., Gun Owners of California, Inc., Gun Owners of America, Inc., Gun Owners Foundation, California Rifle & Pistol Association, Incorporated, and The Second Amendment Foundation hereby move this Court for an order dismissing the above captioned appeal.

Dated: December 9, 2024    **MICHEL & ASSOCIATES, P.C.**

*s/ Joshua Robert Dale*
Joshua Robert Dale
*Counsel for Plaintiffs-Appellants Adam Richards, Jeffrey Vandermeulen, Gerald Clark, Jesse Harris, On Target Indoor Shooting Range, LLC, Gaalswyk Enterprises, Inc., Gun Owners of California, Inc., Gun Owners of America, Inc., Gun Owners Foundation, and California Rifle & Pistol Association, Incorporated*

Dated: December 9, 2024    **LAW OFFICES OF DONALD KILMER, APC**

*s/ Donald Kilmer*
Donald Kilmer
*Counsel for Plaintiff-Appellant Second Amendment Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, an electronic PDF of APPELLANTS' MOTION TO VOLUNTARILY DISMISS APPEAL was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

Dated: December 9, 2024　　　　　　　Respectfully submitted,

**MICHEL & ASSOCIATES, P.C.**

s/ Joshua Robert Dale
Joshua Robert Dale
*Counsel for Plaintiffs-Appellants*